**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 95-11102
(Summary Calendar)

RICHARD C. HOWARD, doing business
C. D. Assets, Inc.; doing business as Howard
Trucking, Inc.; doing business as Mezzagez
Publishing, Inc.; doing business as Mezzagez
Records, Inc.; doing business as Mezzagez
Productions, Inc.; doing business as North Texas
Autoworks, Inc.; doing business as Air of Zulu,
Inc.; doing business as R. Howard and Associates,
Inc.; and all other outstanding creditors of these
named entities,

                                                    Plaintiff-Appellee,

versus

ANDREW STOVER, individually and in his
official capacity, et al.,

                                                    Defendants,

ANDREW STOVER, individually and in his
official capacity; JOHN VANCE, individual
and in his official capacity; LISA PATTERSON,
individually and in her official capacity,

                                                    Defendants-Appellants.

Appeal from United States District Court
for the Northern District of Texas
(3:95-CV-114-T)

July 22, 1996

Before JOLLY, JONES and STEWART, Circuit Judges.

PER CURIAM:[*]

_____

   [*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

The appellants appeal the district court's order denying their motions to require a response under Fed. R. Civ. P. 7(a) and for a protective order. These orders are not appealable interlocutory orders. We are thus without jurisdiction. *See Lion Boulos v. Wilson*, 834 F.2d 504, 507-09 (5th Cir. 1987). The appeal is DISMISSED.

Richard C. Howard's motion for leave to file a reply to the appellant's reply brief is DENIED AS MOOT.

APPEAL DISMISSED.